UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jose T. Meza

    v.

NH Department of Corrections,
Commissioner

Civil No. 12-cv-00426-LM

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 27, 2015. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: May 18, 2015

cc:   Jose T. Meza, pro se